# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:19-cv-00431-JFW (AFM)**                                      Date: March 20, 2020

Title  **Ricardo Pereira Luna v. Linda R. Thomas, et al.**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On January 28, 2020, the Court dismissed plaintiff's Complaint with Leave to Amend ("Order") and advised plaintiff that if he desired to pursue the action he needed to file a First Amended Complaint remedying the pleading deficiencies discussed in the Order by February 27, 2020. (ECF No. 65.) Plaintiff was admonished that if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed with prejudice on the grounds set forth in the Order and for failure to prosecute. The docket shows that, as late as the date of this Order, plaintiff has not filed a First Amended Complaint.

Accordingly, IT IS ORDERED that within 30 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a First Amended Complaint within 30 days shall discharge the Order to Show Cause.

Further, plaintiff is admonished that if he fails to timely file a First Amended Complaint remedying the pleading deficiencies, the Court will recommend that this action be dismissed with prejudice and for failure to prosecute.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |