UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PEREIRA LUNA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINDA R. THOMAS, et al.,<br><br>        Defendants. | Case No. 2:19-cv-00431-JFW-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and Objections have not been received.

   IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice for failure to prosecute.

DATED: July 22, 2020

                                                                                    _____
                                                                                    JOHN F. WALTER
                                                                                    UNITED STATES DISTRICT JUDGE