JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO PEREIRA LUNA, | Case No. 2:19-cv-00431-JFW-AFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LINDA R. THOMAS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: July 22, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE